IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSTY NORMAN and WEYMAN MAXSON, on behalf of themselves and all others similarly situated, | * * * |
| | * Case No. 2:16-cv-17271 |
| Plaintiffs, | * Judge: Ivan L.R. Lemelle |
| vs. | * Magistrate Judge: Joseph C. Wilkinson, Jr. |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * * * |
| Defendant. | * |

## DEFENDANT'S MOTION TO DISMISS
## AND MOTION TO STRIKE CLASS ALLEGATIONS

Defendant, Life Insurance Company of North America ("Life Insurance"), by its attorneys and pursuant to the Federal Rules of Civil Procedure, hereby moves this Court for entry of an order dismissing Plaintiff's Complaint or, in the alternative, striking the Complaint's class allegations. In support of its Motion, Defendant submits herewith its supporting Memorandum of Law In Support of Defendant Life Insurance Company of North America's Motion to Dismiss and Motion to Strike Class Allegations and exhibits thereto.

WHEREFORE, Defendant, Life Insurance Company of North America, respectfully requests that this Court enter an order dismissing Plaintiff's Complaint. Alternatively, Defendant respectfully requests that this Court enter an order striking the Complaint's class allegations.

Dated: March 24, 2017

Respectfully submitted,

LIFE INSURANCE COMPANY OF NORTH AMERICA

By:/s/  *Peter Shadzik*
    *One of Its Attorneys*

JEREMY P. BLUMENFELD, Trial Counsel
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Phone:  215-963-5000
Fax:  215-963-5001
jeremy.blumenfeld@morganlewis.com

STEPHANIE L. SWEITZER
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
77 West Wacker Drive, Suite 500
Chicago, Illinois 60601-5094
Phone:  312-324-1000
Fax:  312-324-1001
stephanie.sweitzer@morganlewis.com

PETER SHADZIK
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178-0060
Phone:  212-309-6000
Fax:  212-309-6001
peter.shadzik@morganlewis.com

LAUREN A. WELCH (La. Bar. 17199)
McCRANIE SISTRUNK ANZELMO HARDY
McDANIEL & WELCH LLC
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Phone:  (504) 846-8464
Fax:  (800) 977-8810
lwelch@mcsalaw.com


*Attorneys for Defendant Life Insurance
Company of North America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Peter Shadzik*

JEREMY P. BLUMENFELD, Trial Counsel
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Phone:  215-963-5000
Fax:  215-963-5001
jeremy.blumenfeld@morganlewis.com

STEPHANIE L. SWEITZER
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
77 West Wacker Drive, Suite 500
Chicago, Illinois 60601-5094
Phone:  312-324-1000
Fax:  312-324-1001
stephanie.sweitzer@morganlewis.com

PETER SHADZIK
MORGAN, LEWIS & BOCKIUS LLP
(admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178-0060
Phone:  212-309-6000
Fax:  212-309-6001
peter.shadzik@morganlewis.com

LAUREN A. WELCH (La. Bar. 17199)
McCRANIE SISTRUNK ANZELMO HARDY
McDANIEL & WELCH LLC
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Phone:  504-846-8464
Fax:  800-977-8810
lwelch@mcsalaw.com

2

*Attorneys for Defendant Life Insurance Company of North America*